IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-00414-01-CR-W-DW |
| v. | ) | |
| | ) | |
| MICHAEL W. PULLUAIM, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 32) to deny Defendant Michael W. Pulluaim's motion to suppress evidence (Doc. 24). Pulluaim filed objections, which the Court has considered. After an independent review of the transcript of the evidentiary hearing and exhibits, the applicable law, and the parties' arguments, the Court adopts the Magistrate's proposed findings of fact and conclusions of law. Accordingly, the Court hereby

ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order; and

DENIES Pulluaim's motion to suppress evidence seized from the residence at 451 Highland.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: August 7, 2006